# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Deborah Annette Helms**,** ) | JUDGMENT IN CASE |
| ) | |
| Plaintiff(s), ) | 3:20-cv-00589-MOC |
| ) | |
| vs. ) | |
| ) | |
| Commissioner of Social Security **,** ) | |
| Defendant(s). ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 1, 2021 Order.

December 1, 2021

Frank G. Johns, Clerk
United States District Court